### TATTNALL SUPPLY COMPANY *v.* PENUEL.

HILL, J. The evidence, including that of the plaintiff, did not support the verdict.            *Judgment reversed. All the Justices concur.*

FEBRUARY 26, 1914.

Complaint. Before Judge Sheppard. Tattnall superior court. November 30, 1912.

*H. C. Beasley,* for plaintiff in error.